UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DAVENPORT o/b/o A. F.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 09cv02759 JAH BLM<br><br>ORDER REMANDING ACTION TO THE COMMISSIONER OF SOCIAL SECURITY PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

　　　Upon the unopposed ex parte Motion of Defendant, and good cause appearing,

　　　IT HEREBY IS ORDERED that this matter is remanded to the Commissioner of Social Security under Sentence Six of 42 U.S.C. § 405(g) for a de novo hearing before an ALJ because the tape of the relevant administrative hearing is significantly inaudible.

Dated:　June 8, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　　　　　United States District Judge